# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2-11-CV-03525-CCC-JAD

Plaintiff:
**JACK J. GRYNBERG, ET AL**

vs.

Defendant:
**GOLDMAN SACHS GROUP, INC., ET AL**

For:
Raymond Marelic
RAYMOND MARELIC, ESQ.

,

Received by GUARANTEED SUBPOENA** on the 19th day of June, 2012 at 6:50 pm to be served on **GOLDMAN SACHS GROUP INC, C/O LEGAL DEPT., 200 WEST STREET, NEW YORK, New York County, NY 10282**.

I, Mohamed Bouri, being duly sworn, depose and say that on the **26th day of June, 2012** at **12:20 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & VERIFIED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JOANNA LANE** as **VICE PRESIDENT** for **GOLDMAN SACHS GROUP INC**, at the address of: **C/O LEGAL DEPT., 200 WEST STREET, NEW YORK, New York County, NY 10282**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: Brown, Height: 5'9", Weight: 135, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: New York
County: Kings

Subscribed and Sworn to before me on the 27th day of June, 2012 by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC

LEONIE ANNETTE STOVALL
Notary Public - State of New York
NO. 01ST6149851
Qualified In Kings County
My Commission Expires 7/17/14

Mohamed Bouri
1278466

**GUARANTEED SUBPOENA****
2009 Morris Avenue
Union, NJ 07083
(800) 672-1952

Our Job Serial Number: BNP-2012001603
Ref: 20120619103919
Service Fee: _____

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5m

