A. Ross Pearlson
Daniel D. Barnes
WOLFF & SAMSON PC
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
Attorneys for Defendant
The Goldman Sachs Group, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION, a Texas corporation, RSM PRODUCTION CORPORATION, a Texas corporation, and GADECO LLC, a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN SACHS GROUP, INC., a Delaware corporation, GOLDMAN SACHS INTERNATIONAL, a wholly-owned subsidiary, ABC COMPANIES 1-10 and JOHN DOES 1-40,<br><br>Defendants. | Civil Action No. 2:12-cv-03525-CCC-JAD<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO VERIFIED COMPLAINT** |

THIS MATTER having been opened to the Court upon the application of Defendant The Goldman Sachs Group, Inc. ("Defendant"), by and through their attorneys, Wolff & Samson, PC, pursuant to Local Rule 6.1 and Federal Rule of Civil Procedure 12, seeking an extension of time by forty five days within which to answer, move, or otherwise respond with respect to the Verified Complaint and served on Defendant filed by Plaintiffs Jack J. Grynberg, Pricaspian Development Corporation, RSM Production Corporation, and Gadeco LLC (collectively, "Plaintiffs"), and Plaintiffs, by and through their attorneys, Law Offices of Jae Y. Kim, LLC, having consented to the entry of the within Order, and for good cause shown,

3375373.1

IT IS on this 18th day of JULY 2012

ORDERED, as follows:

1. The application of Defendant The Goldman Sachs Group, Inc. for an extension of time within which to answer, move, or otherwise respond with respect to the Verified Complaint is hereby granted, through and including August 31, 2012.

2. Defendant The Goldman Sachs Group, Inc. expressly reserves all defenses in this action.

_____
Joseph A. Dickson, U.S.M.J.

The undersigned hereby consent to the form and entry of the within Consent Order and represent that they are duly authorized by their respective clients to do so.

| WOLFF & SAMSON PC<br>Attorneys for Defendant The Goldman Sachs Group, Inc. | LAW OFFICES OF JAE Y. KIM, LLC<br>Attorneys for Plaintiffs Jack J. Grynberg, Pricaspian Development Corporation, RSM Production Corporation, and Gadeco LLC |
|---|---|
| By: /s/ Daniel D. Barnes<br>     Daniel D. Barnes | By: /s/ Raymond Marekic<br>     Raymond Marekic |
| Dated: July 17, 2012 | Dated: July 17, 2012 |

3370373.1