A. Ross Pearlson
Daniel D. Barnes
WOLFF & SAMSON PC
One Boland Drive
West Orange, NJ 07052
(973) 325-1500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION, a Texas corporation, RSM PRODUCTION CORPORATION, a Texas corporation, and GADECO LLC, a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN SACHS GROUP, INC., a Delaware corporation, GOLDMAN SACHS INTERNATIONAL, a wholly-owned subsidiary, ABC COMPANIES 1-10 and JOHN DOES 1-40,<br><br>Defendants. | Civil Action No. 2:12-cv-03525-CCC-JAD<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given of the appearance of the counsel listed below on behalf of Defendant The Goldman Sachs Group, Inc. All notices and/or pleadings in this matter should be served upon:

    Daniel D. Barnes, Esq.
    Wolff & Samson PC
    One Boland Drive
    West Orange, NJ 07052
    Tel: (973) 530-2097
    Fax: (973) 530-2297
    Email: DBarnes@Wolffsamson.com

                      WOLFF & SAMSON, PC

                      By:    s/DANIEL D. BARNES
                              DANIEL D. BARNES

                              Attorneys for Defendant
                              The Goldman Sachs Group, Inc.

Dated: July 19, 2012

3377244.1