A. Ross Pearlson
Daniel D. Barnes
WOLFF & SAMSON PC
One Boland Drive
West Orange, NJ 07052
(973) 325-1500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION, a Texas corporation, RSM PRODUCTION CORPORATION, a Texas corporation, and GADECO LLC, a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN SACHS GROUP, INC., a Delaware corporation, GOLDMAN SACHS INTERNATIONAL, a wholly-owned subsidiary, ABC COMPANIES 1-10 and JOHN DOES 1-40,<br><br>Defendants. | Civil Action No. 2:12-cv-03525-CCC-JAD<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given of the appearance of the counsel listed below on behalf of Defendant The Goldman Sachs Group, Inc. All notices and/or pleadings in this matter should be served upon:

A. Ross Pearlson, Esq.
Wolff & Samson PC
One Boland Drive
West Orange, NJ 07052
Tel: (973) 530-2100
Fax: (973) 530-2300
Email: rpearlson@wolffsamson.com

WOLFF & SAMSON, PC

By:   <u>DANIEL D. BARNES</u>
      DANIEL D. BARNES

Attorneys for Defendant
The Goldman Sachs Group, Inc.

Dated: July 19, 2012

3377276.1