A. Ross Pearlson
Daniel D. Barnes
Wolff & Samson PC
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
Attorneys for Defendant
The Goldman Sachs Group, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION, a Texas corporation, RSM PRODUCTION CORPORATION, a Texas corporation, and GADECO LLC, a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN SACHS GROUP, INC., a Delaware corporation, GOLDMAN SACHS INTERNATIONAL, a wholly-owned subsidiary, ABC COMPANIES 1-10 and JOHN DOES 1-40,<br><br>Defendants. | Civil Action No. 2:12-cv-03525-CCC-JAD<br><br>**NOTICE OF MOTION OF DEFENDANT THE GOLDMAN SACHS GROUP, INC. TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER THE ACTION** |

TO: Raymond Marelic, Esq.
    Law Offices of Jae Y. Kim, L.L.C.
    One University Plaza, Suite 212
    Hackensack, New Jersey 07601-6206
    Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that Defendant The Goldman Sachs Group, Inc. ("Defendant"), by its undersigned counsel, will move this Court before the Honorable Judge Claire C. Cecchi, U.S.D.J., in Courtroom 2B of the United States Courthouse, United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07101, on a date and time to be determined by the Court or as soon thereafter as counsel can be heard for an Order (1) Dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3)

and 28 U.S.C. § 1406 for improper venue, or transferring the Complaint to the United Sates Court for the Southern District of New York pursuant to 28 U.S.C. §§ 1406 or 1404(a); or (2) in the alternative, dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, and for all such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant will rely upon the Memorandum of Law, the Declarations of Matthew E. Tropp, Esq. and Niraj J. Parekh, Esq. (with attached exhibits) and all prior papers, pleadings and proceedings in this action in support of this motion.

Respectfully submitted,

**WOLFF SAMSON PC**

/s/Daniel D. Barnes
A. Ross Pearlson
Daniel D. Barnes
One Boland Drive
West Orange, New Jersey 07052
Phone: (973) 325-1500
Fax: (973) 325-1501
(rpearlson@wolffsamson.com)
(dbarnes@wolffsamson.com)

Of Counsel:
Lawrence T. Gresser
Daniel H. Tabak
Niraj Parekh
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

Attorneys for Defendant
The Goldman Sachs Group, Inc.

Dated: August 21, 2012

3430274.1