A. Ross Pearlson
Daniel D. Barnes
Wolff & Samson PC
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
Attorneys for Defendant
The Goldman Sachs Group, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION, a Texas corporation, RSM PRODUCTION CORPORATION, a Texas corporation, and GADECO LLC, a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN SACHS GROUP, INC., a Delaware corporation, GOLDMAN SACHS INTERNATIONAL, a wholly-owned subsidiary, ABC COMPANIES 1-10 and JOHN DOES 1-40,<br><br>Defendants. | Civil Action No. 2:12-cv-03525-CCC-JAD<br><br>[PROPOSED] ORDER |

THIS MATTER having been brought before the Court by (i) motion of Defendant The Goldman Sachs Group, Inc., by its attorneys Wolff & Samson PC, for an Order transferring the venue of this action to the United States District Court for the Southern District of New York or, in the alternative, dismissing the complaint filed by Plaintiffs Jack J. Grynberg, Pricaspian Development Corporation, RSM Production Corporation and GADECO LLC, on notice to The Law Offices of Jae Y. Kim, LLC, counsel for Plaintiffs; and (ii) motion of Plaintiffs Jack J. Grynberg, Pricaspian Development Corporation, RSM Production Corporation and GADECO LLC for substituted service of the Summons and Complaint issued to Defendant Goldman

3430440.1

Sachs International; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this ____ day of _____ 2012,

ORDERED that Defendant The Goldman Sachs Group, Inc.'s motion be and hereby is granted; and it is further

[ORDERED that the Complaint filed by Plaintiffs be and hereby is dismissed in its entirety; and it is further]

[ORDERED that this action is transferred to the United States District Court for the Southern District of New York; and it is further]

ORDERED that Plaintiffs' motion for substituted service is hereby denied.

_____
Claire C. Cecchi, U.S.D.J.

3430440.1