# LAW OFFICES OF JAE Y. KIM, LLC

ATTORNEYS AT LAW

ONE UNIVERSITY PLAZA
SUITE 212
HACKENSACK, NEW JERSEY 07601
(201) 488-8600
FACSIMILE (201) 488-8633
http://www.jyklaw.com

Writer's E-mail:
rmarelic@jyklaw.com

JAE Y. KIM♣
---
Of Counsel:
RAYMOND MARELIC♣
---
Counsel:
SEOUN K. KIM*

15 East 32nd Street
3rd Floor
New York, New York 10016
(212) 684-7407
Facsimile (212) 447-0968

♣ Admitted in NJ & NY
* Admitted in NY only

August 28, 2012

Clerk
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re: Pricaspian Development Corporation, et al
          v. Goldman Sachs Group, Inc., et al
          Case No: 2:12-CV-03525-CCC-JAD

Dear Sir or Madam:

    This firm represents plaintiffs with regard to the above captioned matter. Pursuant to Local Rule 7.1(d)(5), plaintiffs respectfully request an automatic adjournment of defendant Goldman Sachs Group, Inc.'s motion, scheduled for September 17, 2012, to transfer this matter to the United States Court for the Southern District of New York, or in the alternative, to dismiss the complaint.

    Pursuant to Local Rule 7.1(d)(5), the new motion date is October 1, 2012. All parties opposing the motion shall file opposition papers by September 17, 2012. Reply papers, if any, are due by September 24, 2012.

                              Respectfully submitted,

                              **Law Offices of Jae Y. Kim, LLC**

                              By: */s/ Raymond Marelic*
                                    Raymond Marelic

cc: Daniel D. Barnes, Esq. (via ECF)