A. Ross Pearlson  
Daniel D. Barnes  
WOLFF & SAMSON PC  
One Boland Drive  
West Orange, NJ 07052  
(973) 325-1500  
Attorneys for Defendant  
The Goldman Sachs Group, Inc.

UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT CORPORATION, a Texas corporation, RSM PRODUCTION CORPORATION, a Texas corporation, and GADECO LLC, a Colorado limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDMAN SACHS GROUP, INC., a Delaware corporation, GOLDMAN SACHS INTERNATIONAL, a wholly-owned subsidiary, ABC COMPANIES 1-10 and JOHN DOES 1-40,<br><br>Defendants. | Civil Action No. 2:12-cv-03525-CCC-JAD<br><br>ORDER GRANTING APPLICATION FOR ADMISSIONS *PRO HAC VICE* |

THIS MATTER having been brought before the Court by Wolff & Samson PC, attorneys for Defendant The Goldman Sachs Group, Inc. ("Defendant"), on an application for an Order allowing Lawrence T. Gresser, Esq. and Niraj Parekh, Esq. to appear and participate *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this 18th day of Sept. 2012,

ORDERED that Lawrence T. Gresser, Esq. and Niraj Parekh, Esq., members of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

3425430.1

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Lawrence T. Gresser, Esq. and Niraj Parekh, Esq., shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Lawrence T. Gresser, Esq., and Niraj Parekh, Esq., shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Lawrence T. Gresser, Esq. and Niraj Parekh, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Lawrence T. Gresser, Esq. and Niraj Parekh, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Joseph A. Dickson, U.S.M.J.

3425430.1