# LAW OFFICES OF JAE Y. KIM, LLC

**ATTORNEYS AT LAW**

ONE UNIVERSITY PLAZA
SUITE 212
HACKENSACK, NEW JERSEY 07601-6206
(201) 488-8600
FACSIMILE (201) 488-8633
*http://www.jyklaw.com*

Writer's E-mail:
rmarelic@jyklaw.com

JAE Y. KIM♣
---
*Of Counsel:*
RAYMOND MARELIC♣
---
*Counsel:*
SEOUN K. KIM*

15 East 32nd Street
3rd Floor
New York, New York 10016
(212) 684-7407
Facsimile (212) 447-0968

♣Admitted in NJ & NY
* Admitted in NY only

September 26, 2012

**VIA ECF**
The Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:  Pricaspian Development Corporation, et al
            v. Goldman Sachs Group, Inc., et al
            Case No: 2:11-CV-03525-CCC-JAD

Dear Judge Dickson:

    This firm represents plaintiffs Jack J. Grynberg, Pricaspian Development Corporation, RSM Production Corporation, and Gadeco LLC, ("Plaintiffs") with regard to the above captioned matter.

    In response to Your Honor's request at the telephone conference held with counsel for Plaintiffs and defendant Goldman Sachs Group, Inc., on September 24, 2012, Plaintiffs respectfully request the recusal of Your Honor and the reassignment of this matter to another Magistrate Judge.

                              Respectfully submitted,

                              **Law Offices of Jae Y. Kim, LLC**

                              By: */s/ Raymond Marelic*
                                  Raymond Marelic

cc: Daniel D. Barnes, Esq. (via ECF)