**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

September 27, 2012

**RECUSAL LETTER ORDER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

All counsel of record on the docket sheet.

   **Re: Jack J. Grynberg, et al. v. Goldman Sachs Group, Inc., et al.**
    <u>**Civil Action No. 12-3525(CCC)**</u>

Dear Counsel:

  Please be advised that I am recusing myself from this case. The Honorable Madeline C. Arleo, USMJ, will assume all Magistrate Judge responsibilities for this case.

  **SO ORDERED.**

             s/   Joseph A. Dickson
             **Hon. Joseph A. Dickson**
             **United States Magistrate Judge**

Orig.: Clerk of the Court
 cc: Hon. Claire C. Cecchi, U.S.D.J.
   Hon. Madeline C. Arleo, U.S.M.J.