# WOLFF ▪ SAMSON

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
THOMAS R. O'BRIEN*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
DAVID N. RAVIN*
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
JEFFREY M. GUSSOFF*
LAURENCE M. SMITH
WILLIAM E. GOYDAN*
PETER E. NUSSBAUM
LORI GRIFA*
ADAM K. DERMAN
JEFFREY M. WEINICK*^
A. ROSS PEARLSON*
MICHAEL J. NAUGHTON*
GEORGE A. SPADORO*

JOHN F. CASEY
JAMES D. FERRUCCI
JOHN A. McKINNEY JR.
DARRYL WEISSMAN*
MICHELLE A. SCHAAP
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY**
SEAN M. AYLWARD
JOHN G. VALERI JR.
ROBERT H. CRESPI*
JAMES P. RHATICAN*
JUNIE HAHN*
JOSEPH TRIPODI*
JILL D. ROSENBERG*
JOHN O. LUKANSKI*
ROXANNA E. HAMMETT
RONALD L. ISRAEL*
RHONDA CARNIOL*
ADAM B. CANTOR*
MARGARET WOOD*
DORIT F. KRESSEL*
THOMAS J. TRAUTNER JR.
ROBERT L. HORNBY*
STEPHEN A. KISKER*
TRICIA M. GASPARINE
NICOLE F. DIMARIA
KIRAN V. SOMASHEKARA*

COUNSEL
_____

AARON D. BASSAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ*
JUNE S. MELLER
ANDREW S. KENT*
ERIC J. LEVINE*
STEPHEN G. CORDARO*
WARREN BARROWS*
DONNA M. EREM
LEE D. HENIG-ELONA*
JOHN P. MALONEY*
MARC R. LEPELSTAT*
BRUCE D. ETTMAN*
TODD W. TERHUNE
CARLOS G. MANALANSAN*
DANIEL D. BARNES*
DIANA L. BUONGIORNO
CHRISTOPHER R. PALDINO
JOSHUA M. LEE
DAVID M. DUGAN*

OF COUNSEL
_____

CARL B. LEVY

ASSOCIATES
_____

JONATHAN A. TYLER*^
MYRNA BLUME
WILLIAM R. FINIZIO
ANDREW A. NOBLE*^
MARK A. FORAND*
DENISE J. PIPERSBURGH*
DANIEL T. McKILLOP
FARAH N. ANSARI*
ELISA M. PAGANO
RACHEL C. SANTARLAS*^
STEVEN M. DIPASQUO*
XAVIER M. BAILLIARD*
MELISSA A. SALIMBENE*
MARIE L. MATHEWS*
C. NICOLE SULLIVAN*
DARREN GRZYB*
BETH J. ROTENBERG*
BRIAN KANTAR*
JAMES M. VAN SPLINTER*
CHRISTOPHER W. GEROLD*
CHRISTOPHER DEFILIPPIS
RAJESH V. FOTEDAR*
ELIZABETH C. YOO*
PETER D. SIMON

PATRICIA D. CLEARY*
MAURO G. TUCCI JR.*
ROHINI C. GANDHI*
ARI S. DAVIS*
MICHAEL R. CARUSO*
WILLIAM J. CANNICI JR.*
LAUREN R. DEMAURO
LINDSAY A. SMITH*
JOSEPH G. FENSKE*
MARISA A. RAUCHWAY*
KEITH E. MORRIS*
MICHAEL G. GORDON*
BRIELLE M. PERELLI
CELINE L. BARAKAT*
SCOTT C. HOLLANDER*
SCOTT W. LICHTENSTEIN*
KELLY McDONOUGH*
RAFAEL E. ROSARIO, JR.*
MELISSA A. BROWN
RYAN W. FEDERER*
MINDY P. FOX*
BRIAN P. O'NEILL*
OLEG A. MESTECHKIN*^
MELISSA I. FALK WERNICK*
BRIGITTE M. GLADIS
BARRY S. SOBEL

PATENT AGENT
_____

BRYMER H. CHIN
KINZA HECHT

* MEMBER NJ AND NY BARS
^ MEMBER NY BAR ONLY
* MEMBER MA BAR ONLY
▲ REGISTERED PATENT ATTORNEY
   MEMBER NJ BAR ONLY UNLESS OTHERWISE DENOTED

**DANIEL D. BARNES**
One Boland Drive
West Orange, NJ  07052
(973) 530-2097
Fax: (973) 530-2297
dbarnes@WolffSamson.com

October 26, 2012

**_VIA ECF_**

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Room 2060
Newark, NJ  07102

Re:    Jack Grynberg, et. al. v. Goldman Sachs Group, Inc., et. al.
         Civil Action No. 2:12-cv-03525-CCC-MCA

Dear Judge Arleo:

We represent Defendant The Goldman Sachs Group, Inc. ("TGSG") in the above-referenced matter.  Out of an abundance of caution, we write in order to request leave to file an over-length brief with respect to pending motions before the Court.  Although we believe that TGSG is entitled to file a brief of up to forty pages, and the brief we expect to file will be no more than 18 pages, with the consent of Plaintiffs' counsel, we ask for leave to file an over-length brief as set forth below.

Specifically, currently pending before the Court is TGSG's motion to transfer or dismiss this action.  In response to this motion, Plaintiffs filed both opposition to TGSG's motion and a cross-motion for leave to amend their pleading.  Therefore, our reading of Local Rule 7.2 is that the page limit for opposition briefs (40 pages), and not the page limit for replies (15 pages), applies to TGSG's final submission on the pending motions.  TGSG expects to file a brief that is no more than a page or two beyond 15 pages as measured pursuant to the type-set criteria set forth in Local Rule 7.2(d).  However, because Local Rule 7.2 does not explicitly state that the 40 page limit applies under the circumstances here, we ask for leave to file an over-length brief.

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ  07052 ▪ (973) 325-1500 ▪ Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY  10005 ▪ (212) 973-0572
128 West State Street, Suite 3, Trenton, NJ  08608 ▪ (609) 396-6645

www.wolffsamson.com

WOLFF · SAMSON

Madeline Cox Arleo, U.S.D.J.
October 26, 2012
Page 2


      We note, however, that Plaintiffs' counsel consents to this application and, as set forth above, we expect our combined reply and opposition brief will be no more than a page or two longer than the 15 page limit.

      We thank the Court in advance for its time and attention to this matter.

     .                   Respectfully submitted,

                      /s/ *Daniel D. Barnes*

                      DANIEL D. BARNES

DDB:lmr

3546739