# WOLFF • SAMSON

| | | COUNSEL | OF COUNSEL | | | **DANIEL D. BARNES** |
|---|---|---|---|---|---|---|
| DAVID SAMSON | JOHN F. CASEY | | | PATRICIA D. CLEARY* | | One Boland Drive |
| ARTHUR S. GOLDSTEIN* | JAMES D. FERRUCCI | AARON D. BASSAN | CARL B. LEVY | MAURO G. TUCCI JR.* | | West Orange, NJ 07052 |
| ARMEN SHAHINIAN* | JOHN A. McKINNEY JR. | JOSEPH ZAWILA | | ROHINI C. GANDHI* | | (973) 530-2097 |
| THOMAS R. O'BRIEN* | DARRYL WEISSMAN* | HOWARD K. UNIMAN | ASSOCIATES | ARI S. DAVIS* | | Fax: (973) 530-2297 |
| GAGE ANDRETTA* | MICHELLE A. SCHAAP | STEVEN S. KATZ* | | MICHAEL R. CARUSO* | | dbarnes@WolffSamson.com |
| DANIEL A. SCHWARTZ* | ADAM P. FRIEDMAN* | JUNE S. MELLER* | JONATHAN A. TYLER^^ | WILLIAM J. CANNICI JR.* | | |
| KAREN L. GILMAN | MITCHELL S. BERKEY* | ANDREW S. KENT* | MYRNA BLUME | LAUREN R. DEMAURO | | |
| KENNETH N. LAPTOOK* | CATHERINE P. WELLS | ERIC J. LEVINE* | WILLIAM R. FINIZIO | LINDSAY A. SMITH* | | |
| FREDRIC P. LAVINTHAL | JONATHAN BONDY* | STEPHEN G. CORDARO* | ANDREW A. NOBLE^^ | JOSEPH G. FENSKE^ | | |
| DAVID M. HYMAN* | SEAN M. AYLWARD | WARREN BARROWS* | MARK A. FORAND* | MARISA A. RAUCHWAY* | | |
| DAVID L. SCHLOSSBERG | JOHN G. VALERI JR. | DONNA M. EREM | DENISE J. PIPERSBURGH* | KEITH E. MORRIS* | | |
| ROGER J. BREENE | ROBERT H. CRESPI* | LEE D. HENIG-ELONA* | DANIEL T. McKILLOP | MICHAEL G. GORDON* | | |
| DAVID N. RAVIN* | JAMES P. RHATICAN* | JOHN P. MALONEY* | FARAH N. ANSARI* | BRIELLE M. PERELLI | | |
| BERNARD S. DAVIS | JUNIE HAHN* | MARC R. LEPELSTAT* | ELISA M. PAGANO | CELINE L. BARAKAT* | | |
| HOWARD J. SCHWARTZ* | JOSEPH TRIPODI* | BRUCE D. ETTMAN* | RACHEL C. SANTARLAS* | SCOTT C. HOLLANDER* | | |
| PAUL M. COLWELL | JILL D. ROSENBERG* | TODD W. TERHUNE | STEVEN M. DIPASQUO^ | SCOTT W. LICHTENSTEIN* | | |
| ROBERT E. NIES | JOHN O. LUKANSKI* | CARLOS G. MANALANSAN* | XAVIER M. BAILLIARD* | KELLY McDONOUGH* | | |
| MORRIS BIENENFELD* | ROXANNA E. HAMMETT | DANIEL D. BARNES* | MELISSA A. SALIMBENE* | RAFAEL E. ROSARIO, JR.* | | |
| DENNIS M. TOFT | RONALD L. ISRAEL* | DIANA L. BUONGIORNO | MARIE L. MATHEWS* | MELISSA A. BROWN | | |
| JEFFREY M. GUSSOFF* | RHONDA CARNIOL* | CHRISTOPHER R. PALDINO | C. NICOLE SULLIVAN* | RYAN W. FEDERER* | | |
| LAURENCE M. SMITH | ADAM B. CANTOR* | JOSHUA M. LEE | DARREN GRZYB* | MINDY P. FOX* | | |
| WILLIAM E. GOYDAN* | MARGARET WOOD* | DAVID M. DUGAN* | BETH J. ROTENBERG* | BRIAN P. O'NEILL* | | |
| PETER E. NUSSBAUM | DORIT F. KRESSEL* | | BRIAN KANTAR* | OLEG A. MESTECHKIN^^ | | |
| LORI GRIFA* | THOMAS J. TRAUTNER JR. | | JAMES M. VAN SPLINTER* | MELISSA I. FALK WERNICK* | | |
| ADAM K. DERMAN | ROBERT L. HORNBY* | | CHRISTOPHER W. GEROLD* | BRIGITTE M. GLADIS | | |
| JEFFREY M. WEINICK*^ | STEPHEN A. KISKER* | | CHRISTOPHER DEFILIPPIS | BARRY S. SOBEL | | |
| A. ROSS PEARLSON* | TRICIA M. GASPARINE | | RAJESH V. FOTEDAR^^ | | | |
| MICHAEL J. NAUGHTON* | NICOLE F. DIMARIA | | ELIZABETH C. YOO* | **PATENT AGENT** | | |
| GEORGE A. SPADORO* | KIRAN V. SOMASHEKARA* | | PETER D. SIMON | BRYMER H. CHIN | | |
| | | | | KINZA HECHT | | |

\* MEMBER NJ AND NY BARS
^ MEMBER NY BAR ONLY
* MEMBER MA BAR ONLY
▲ REGISTERED PATENT ATTORNEY
  MEMBER NJ BAR ONLY UNLESS OTHERWISE DENOTED

October 26, 2012

**VIA ECF**

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Room 2060
Newark, NJ 07102

*[handwritten: So ordered / M Arleo / MW 9-12]*

> Re: Jack Grynberg, et. al. v. Goldman Sachs Group, Inc., et. al.
> Civil Action No. 2:12-cv-03525-CCC-MCA

Dear Judge Arleo:

    We represent Defendant The Goldman Sachs Group, Inc. ("TGSG") in the above-referenced matter. Out of an abundance of caution, we write in order to request leave to file an over-length brief with respect to pending motions before the Court. Although we believe that TGSG is entitled to file a brief of up to forty pages, and the brief we expect to file will be no more than 18 pages, <u>with the consent of Plaintiffs' counsel</u>, we ask for leave to file an over-length brief as set forth below.

    Specifically, currently pending before the Court is TGSG's motion to transfer or dismiss this action. In response to this motion, Plaintiffs filed both opposition to TGSG's motion and a cross-motion for leave to amend their pleading. Therefore, our reading of Local Rule 7.2 is that the page limit for opposition briefs (40 pages), and not the page limit for replies (15 pages), applies to TGSG's final submission on the pending motions. TGSG expects to file a brief that is no more than a page or two beyond 15 pages as measured pursuant to the type-set criteria set forth in Local Rule 7.2(d). However, because Local Rule 7.2 does not explicitly state that the 40 page limit applies under the circumstances here, we ask for leave to file an over-length brief.

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ 07052 ▪ (973) 325-1500 ▪ Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY 10005 ▪ (212) 973-0572
128 West State Street, Suite 3, Trenton, NJ 08608 ▪ (609) 396-6645

www.wolffsamson.com

WOLFF · SAMSON

Madeline Cox Arleo, U.S.D.J.
October 26, 2012
Page 2

We note, however, that Plaintiffs' counsel consents to this application and, as set forth above, we expect our combined reply and opposition brief will be no more than a page or two longer than the 15 page limit.

We thank the Court in advance for its time and attention to this matter.

    Respectfully submitted,

    /s/  Daniel D. Barnes

    DANIEL D. BARNES

DDB:lmr