NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JACK GRYNBERG, et al., | : | |
| Plaintiffs, | : | Civil Action No. 12-3525 (CCC) |
| | : | **ORDER** |
| v. | : | |
| GOLDMAN SACHS GROUP, INC., et al., | : | |
| Defendants. | : | |

This matter comes before the Court upon the following motions: (1) the motion of defendant The Goldman Sachs Group, Inc. to dismiss the complaint for improper venue, pursuant to FED. R. CIV. P. 12(b)(3), or in the alternative, to transfer the case to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1406 or 1404(a), or to dismiss the complaint for failure to state a claim, pursuant to FED. R. CIV. P. 12(b)(6) (Dkt. Entry No. 14); (2) the cross-motion of plaintiffs Jack J. Grynberg, Pricaspian Development Corporation, RSM Production Corporation, and GADECO LLC (collectively, "Plaintiffs") to amend the complaint (Dkt. Entry No. 22); and (3) Plaintiffs' motion for substituted service of the summons and complaint by compelling GS Group to accept service on behalf of foreign defendant Goldman Sachs International. (Dkt. Entry No. 11). Pursuant to Federal Rule of Civil Procedure 78, no oral argument was heard. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 22 day of March, 2013

**ORDERED** that Defendant's motion to dismiss the complaint or transfer venue (Docket Entry No. 14) is granted in part, denied in part and mooted in part; and it is further

**ORDERED** that Plaintiff's cross-motion to amend (Dkt. Entry No. 22) is denied without prejudice; and it is further

**ORDERED** that plaintiffs' motion for substituted service (Dkt. Entry No. 11) is denied without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall transfer this action to the United States District Court for the Southern District of New York and close its file in the District of New Jersey.

_____
**HON. CLAIRE C. CECCHI**
**United States District Judge**