LAW OFFICES OF JAE Y. KIM, LLC
One University Plaza, Suite 212
Hackensack, New Jersey 07601
E-mail: jkim@jyklaw.com
Tel: (201) 488-8600
Fax: (201) 488-8633
Attorneys for plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------- X
                                              )
JACK J. GRYNBERG, PRICASPIAN                  )
DEVELOPMENT CORPORATION, a Texas              )       The Honorable
corporation, RSM PRODUCTION                   )   Claire C. Cecchi, U.S.D.J.
CORPORATION, a Texas corporation, and         )
GADECO LLC, a Colorado limited                )
liability company,                            )
                                              )
                    plaintiffs,               ) Civil Action No:
                                              )
    -and-                                     )
                                              ) 2:12-cv-03525-CCC-JAD
GOLDMAN SACHS GROUP, INC., a Delaware         )
corporation, GOLDMAN SACHS                    )
INTERNATIONAL, a wholly-owned                 )
subsidiary, ABC COMPANIES 1-10 and            )
JOHN DOES 1-40,                               )
                                              )
                    defendants.               )
------------------------- X

**ORDER TO SHOW CAUSE**

THIS MATTER being brought before the court by Law Offices of Jae Y. Kim, LLC (Raymond Marelic, Esq., appearing), attorney for plaintiffs, Pricaspian Development Corporation, Jack Grynberg, and Grynberg Petroleum Company, ("Plaintiffs") seeking emergency relief by way of preliminary injunction, pursuant to Local Rule 65.1, and Federal Rule of Appellate Procedure 8,

based upon the facts set forth in the memorandum of law filed herewith; and it appearing that defendant's counsel has notice of this application and for good cause shown;

It is on this \_\_\_\_ day of _____ 2013

ORDERED defendants, Goldman Sachs Group, Inc., Goldman Sachs International, appear and show cause before the New Jersey District Court at the Federal Courthouse in Newark, New Jersey at \_\_\_\_\_ o'clock in the \_\_\_\_\_ noon or as soon thereafter as counsel can be heard, on the _____day of _____, 2013 why an order should not be issued preliminarily enjoining and restraining the New Jersey District Court from closing this matter and transferring the file in this matter to the Federal Court of the Southern District of New York, pending Plaintiffs' appeal, and

Granting such other relief as the court deems equitable and just; and

FURTHER ORDERED:

1. Pending the return date herein, the Clerk of the New Jersey District Court is temporarily enjoined and restrained from closing the file in this matter and transferring this matter to the Federal Court in the Southern District of New York.

2. Defendants shall file and serve a written response to this order to show cause and the request for entry of injunctive relief and proof of service by _____, 2013.

3. Plaintiffs must file and serve any written reply to the defendant's order to show cause opposition by _____, 2013. The reply papers must be filed with the Clerk of the District Court.

4. If defendants do not file and serve opposition to this order to show cause, the application will be decided on the papers on the return date and relief may be granted by default.

_____
Claire C. Cecchi, U.S.D.J.