LAW OFFICES OF JAE Y. KIM, LLC
One University Plaza, Suite 212
Hackensack, New Jersey 07601
E-mail: jkim@jyklaw.com
Tel: (201) 488-8600
Fax: (201) 488-8633
Attorneys for plaintiffs

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - X
                                               )
JACK J. GRYNBERG, PRICASPIAN DEVELOPMENT       )
CORPORATION, a Texas corporation, RSM          )       The Honorable
PRODUCTION CORPORATION, a Texas                )     Claire C. Cecchi, U.S.D.J.
corporation, and GADECO LLC, a Colorado        )
limited liability company,                     )
                             plaintiffs,       )
                                               ) Civil Action No:
     -and-                                     )
                                               )
GOLDMAN SACHS GROUP, INC., a Delaware          ) 2:12-cv-03525-CCC-JAD
corporation, GOLDMAN SACHS INTERNATIONAL,      )
a wholly-owned subsidiary, ABC COMPANIES       )
1-10 and JOHN DOES 1-40,                       )
                                               )
                             defendants.       )
                                               )
- - - - - - - - - - - - - - - - - - - - - - - X
```

**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT**

NOTICE is hereby given that Jack J. Grynberg, Pricaspian Development Corporation, RSM Production Corporation, and Gadeco LLC, appeals to the United States Court of Appeals for the Third Circuit from an Order of the United States District Court, District of New Jersey, entered in this action on March 23, 2013, (docket #27).

Dated: March 25, 2013    Law Offices of Jae Y. Kim, LLC
                                     Attorneys for plaintiffs/appellants
                                     Jack J. Grynberg, Pricaspian Development
                                     Corporation, RSM Production Corporation,
                                     and Gadeco LLC

                    By:_____*Raymond Marelic/s/*_____
                            Raymond Marelic